Todd M. Friedman (216752)
Adrian R. Bacon (280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| RICHARD MARCUS, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>OCO BIOMEDICAL, INC.<br><br>Defendant. | Case No. 2:17-cv-07425-DOC (KESx)<br><br>**JOINT STIPULATION TO CONSOLIDATE CASE**<br><br>Judge: Honorable O. Carter<br>Dept.: 9D |

1
STIPULATION TO CONSOLIDATE

1     Plaintiff Richard Marcus and Defendant OCO Biomedical, Inc. jointly submit this stipulation for the Honorable Court's approval.

    WHEREAS, on March 18, 2016, Plaintiff Richard Marcus filed a class action complaint against Defendant in the District of New Jersey.

    WHEREAS, a similar action was filed in the Central District of California, pending before This Honorable Court – *Ryoo Dental, Inc. v OCO Biomedical*, Inc. Case No. 8:16-cv-01626-DOC-KES.

    WHEREAS, the plaintiffs in *Ryoo Dental* and in the *Marcus* action entered into a co-counsel agreement.

    WHEREAS, the parties attended a mediation on March 3, 2017 before the Honorable Carl West of JAMS; the parties continued to negotiate after the mediation and the case was resolved on a class wide basis.

    WHEREAS, the parties agreed Plaintiff in the *Marcus* action would move to transfer his case to the Central District to be consolidated before Judge Carter with the *Ryoo Dental* action.

    WHEREAS, Plaintiff Marcus moved to have his case transferred to the Central District of California, at which point, it was assigned to The Honorable Otis D. Wright Honorable Court.  See Dkt. No. 35 and 38.

    WHEREAS, This Honorable Court has since granted preliminary approval of the class action settlement reached by the parties in the combined actions.

    WHEREAS, Judge Wright transferred the *Marcus* matter to This Honorable Court.  Dkt. No. 47.

    WHEREAS, as part of the preliminary approval order, This Court ordered the Parties to file a stipulation to consolidate the *Marcus* action and *Ryoo Dental* action.

    WHEREFORE, the Parties hereby respectfully request the Honorable Court consolidate this matter with the *Ryoo Dental* matter.

///

///

| | | |
|---|---|---|
| 1 | Dated: April 12, 2018 | **Law Offices of Todd M. Friedman, P.C.** |
| 2 | | By: /s/ Adrian R Bacon |
| 3 | | Adrian R. Bacon, Esq. |
| 4 | | Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: April 12, 2018 | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.** |
| 7 | | |
| 8 | | By: /s/ Esteban Morales |
| 9 | | Esteban Morales, Esq. |
| | | Attorneys for Defendant |

1 | Signature Certification
2
3    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies
4 and Procedures Manual, I hereby certify that the content of this document is acceptable
5 to Mr. Morales, counsel for Defendant and that I have obtained Mr. Morales'
6 authorization to affix his electronic signature to this document.

7    Dated: April 12, 2018          **Law Offices of Todd M. Friedman, P.C.**
8
9                                   By: /s/ Adrian R./ Bacon
                                         Adrian R. Bacon, Esq.
10                                       Attorneys for Plaintiff

Filed electronically on this 12th day of April, 2018, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 12th day of April, 2018, via the ECF system to:

Hon. David O. Carter

Esteban Morales
Joshua Briones
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.


By: s/Adrian R. Bacon
    Adrian R. Bacon