JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD MARCUS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCO BIOMEDICAL, INC,<br><br>Defendant. | No.: 2:17-cv-07425- DOC (KESx)<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE CASE [48]** |

1 | Currently before the Court is the Joint Stipulation between Plaintiff RICHARD MARCUS ("Plaintiff") and Defendant OCO BIOMEDICAL, INC. ("Defendant") to seek an order to consolidate the case of *Marcus v. OCO Biomedical, Inc.,* Case No. 2:17-cv-07425- DOC (KESx), with *Ryoo Dental, Inc. v OCO Biomedical, Inc.*, Case No. 8:16-cv-01626-DOC (KESx).  Good cause appearing, the Parties' Joint Stipulation is GRANTED, and IT IS HEREBY ORDERED that the case of *Marcus v. OCO Biomedical, Inc.,* Case No. 2:17-cv-07425- DOC (KESx), be consolidated with the case *Ryoo Dental, Inc. v OCO Biomedical, Inc.*, Case No. 8:16-cv-01626-DOC (KESx), with the *Ryoo* matter being the lead case.

All future filings shall be filed only under the low number case, Case No. 8:16-cv-01626-DOC-KES.  Case No. 2:17-cv-07425- DOC (KESx) shall be CLOSED (JS-6).

IT IS SO ORDERED.

Dated this 13th day of April, 2018

*David O. Carter*
_____
Hon. David O. Carter
United States District Judge